

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00022-CR

_____

TOMMY THOMPSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 3rd District Court
Anderson County, Texas
Trial Court No. 30837

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Philip C. Fletcher, counsel for appellant, Tommy Thompson, filed a motion to extend time to file the appellant's brief. The brief was due October 14, 2013.

In his motion, counsel does not provide this Court with a reasonable explanation of the need for an extension of time. This Court interprets Rule 10.5(b)(2) of the Texas Rules of Appellate Procedure as requiring counsel to provide the Court with specific information to justify the requested extension, including the cause numbers of other briefs filed, the dates they were filed, the dates of trials, how long those trials are expected to last, etc. TEX. R. APP. P. 10.5(b)(2). Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant the motion for an extension, for a period of thirty days, making appellant's brief now due November 13, 2013. Further requests for extensions will not be looked on with favor.

IT IS SO ORDERED.

BY THE COURT

Date:   October 22, 2013